Ruth Melmed, Respondent, v. B. F. Gladding & Co., Inc., Appellant.—

Present —
Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Irene M. Lavin, as Administratrix of the Estate of Kenneth J. Lavin, Deceased, Respondent, v. Goldberg Building Material Corp., Appellant, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.   [See 280 App. Div. 902.]

Fred Eckstine, Appellant, v. Edith C. Catman, Respondent.   Fred Eckstine et al., Plaintiffs, v. Edith C. Catman et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Owens Illinois Glass Co., Appellant, v. Charles Guptill, Respondent.—

Present —
Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.